IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY SELLERS,

        Plaintiff,                    No. CIV S-06-2443 FCD KJM PS

    vs.

SANDRA COLDIRON,

        Defendant.               <u>ORDER</u>

        Plaintiff, proceeding pro se, filed the above-entitled actions.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On June 21, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1      1.  The findings and recommendations filed June 21, 2007, are adopted in full;
2  and
3      2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.
4  Civ. P. 41(b).
5  DATED: August 28, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2